_____

No. 95-3686
_____

Curtis Minter, Jr.,                      *
                                         *
            Plaintiff-Appellant,         *   Appeal from the United States
                                         *   District Court for the
      v.                                 *   District of Minnesota.
                                         *
Ford Motor Company,                      *   [UNPUBLISHED]
                                         *
            Defendant-Appellee.          *

_____

Submitted:  June 12, 1996

Filed:  June 19, 1996
_____

Before LOKEN, JOHN R. GIBSON, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Curtis Minter, Jr. filed this action alleging claims of employment disability discrimination, in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213; and retaliation, in violation of 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3. The district court[1] granted summary judgment to Ford Motor Company, concluding that all of Minter's claims fail as a matter of law and that no genuine issues of material fact exist.  Minter appeals.

We have carefully reviewed the record and the arguments presented on appeal.  We find no error of law in the district court's grant of summary judgment to Ford Motor Company, and an

_____

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.

opinion would have no precedential value. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.